# United States District Court
## Southern District of Georgia

NOAH DAVID KOSTON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 117-139

RICHMOND COUNTY SHERIFF'S OFFICE,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order adopting the Report and Recommendation of the Magistrate Judge dated 12/28/2017, this case is dismissed without prejudice. This action stands closed.

| 12/28/2017 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| | /s/ Jamie Hodge |
| | (By) Deputy Clerk |